*Mr. F. E. Parrack* for petitioner.

No. 301.   HALL ET AL. *v.* UNITED STATES.   October 8, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. J. Frank Kemp* for petitioners.   *Acting Solicitor General Judson, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 302.   PATCH *v.* SOLAR CORPORATION.   October 8, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. James G. Nye* for petitioner.   *Mr. G. A. Youngquist* for respondent.

No. 304.   HOWE ET AL., COPARTNERS, TRADING AS HOWE & Co., *v.* FEDERAL TRADE COMMISSION.   October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Albert E. Stephan* for petitioners.   *Acting Solicitor General Judson, Assistant Attorney General Berge, Messrs. Charles H. Weston* and *Matthias N. Orfield* for respondent.

No. 307.   RICHARD T. GREEN Co. ET AL. *v.* CITY OF CHELSEA.   October 8, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.   *Messrs. Samuel Hoar* and *George K. Gardner* for petitioners.   *Mr. Michael H. Sullivan* for respondent.